IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-31-AP**

**WILDEARTH GUARDIANS**,

        Plaintiff,

v.

**KEN SALAZAR, in his official capacity as Secretary of the United States Department of the Interior ,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion for Leave to File Answer Out of Time (doc. #9), filed March 19, 2010, is **GRANTED**. The answer is accepted as timely filed.

Dated: March 24, 2010