IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-31-AP**

**WILDEARTH GUARDIANS,**

    Plaintiff,

v.

**KEN SALAZAR, in his official capacity as United States Secretary of the Interior,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

The terms and conditions of the parties' Stipulated Settlement Agreement (doc. #19), filed June 22, 2010, are hereby adopted as an ORDER of this Court, and this matter is hereby DISMISSED.

Dated:   June 28, 2010

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court